

| QT-P5 | Race Alone or in Combination: 2010 |
|---|---|
| | 2010 Census Summary File 1 |

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

**Geography: Georgia**

| Subject | Number | Percent |
|---|---:|---:|
| Total population (all races) | 9,687,653 (r41102) | 100.0 |
| | | |
| **WHITE** | | |
| White alone or in combination [1] | 5,951,521 | 61.4 |
|   White alone | 5,787,440 | 59.7 |
|   White in combination | 164,081 | 1.7 |
| Not White alone or in combination | 3,736,132 | 38.6 |
| | | |
| **BLACK OR AFRICAN AMERICAN** | | |
| Black or African American alone or in combination [1] | 3,054,098 | 31.5 |
|   Black or African American alone | 2,950,435 | 30.5 |
|   Black or African American in combination | 103,663 | 1.1 |
| Not Black or African American alone or in combination | 6,633,555 | 68.5 |
| | | |
| **AMERICAN INDIAN AND ALASKA NATIVE** | | |
| American Indian and Alaska Native alone or in combination [1] | 84,024 | 0.9 |
|   American Indian and Alaska Native alone | 32,151 | 0.3 |
|   American Indian and Alaska Native in combination | 51,873 | 0.5 |
| Not American Indian and Alaska Native alone or in combination | 9,603,629 | 99.1 |
| | | |
| **ASIAN** | | |
| Asian alone or in combination [1] | 365,497 | 3.8 |
|   Asian alone | 314,467 | 3.2 |
|   Asian in combination | 51,030 | 0.5 |
| Not Asian alone or in combination | 9,322,156 | 96.2 |
| | | |
| **NATIVE HAWAIIAN AND OTHER PACIFIC ISLANDER** | | |
| Native Hawaiian and Other Pacific Islander alone or in combination [1] | 15,577 | 0.2 |
|   Native Hawaiian and Other Pacific Islander alone | 6,799 | 0.1 |
|   Native Hawaiian and Other Pacific Islander in combination | 8,778 | 0.1 |
| Not Native Hawaiian and Other Pacific Islander alone or in combination | 9,672,076 | 99.8 |
| | | |
| **SOME OTHER RACE** | | |
| Some Other Race alone or in combination [1] | 442,198 | 4.6 |
|   Some Other Race alone | 388,872 | 4.0 |
|   Some Other Race in combination | 53,326 | 0.6 |
| Not Some Other Race alone or in combination | 9,245,455 | 95.4 |

PLAINTIFFS' COMPLAINT EXHIBIT 1

(r41102)  This count has been revised.
Revised count: **9,687,850**
Revision date: **01-31-2014**
For more information, see 2010 Census Count Question Resolution.

X Not applicable.
[1] The race concept "alone or in combination" includes people who reported a single race alone (e.g., Asian) and people who reported that race in combination with one or more of the other race groups (i.e., White, Black or African American, American Indian and Alaska Native, Native Hawaiian and Other Pacific Islander, and Some Other Race). The "alone or in combination" concept, therefore, represents the maximum number of people who reported as that race group, either alone, or in combination with another race(s). The sum of the six individual race "alone or in combination" categories may add to more than the total population because people who reported more than one race are tallied in each race category.

Source: U.S. Census Bureau, 2010 Census.
Summary File 1, Tables P3 and P6.