

| P10 | RACE FOR THE POPULATION 18 YEARS AND OVER |
|---|---|
|  | Universe: Population 18 years and over |
|  | 2010 Census Summary File 1 |

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Georgia |
|---|---:|
| Total: | 7,196,101 |
| Population of one race: | 7,089,529 |
| White alone | 4,481,721 |
| Black or African American alone | 2,097,470 |
| American Indian and Alaska Native alone | 23,053 |
| Asian alone | 236,031 |
| Native Hawaiian and Other Pacific Islander alone | 4,751 |
| Some Other Race alone | 246,503 |
| Two or More Races: | 106,572 |
| Population of two races: | 98,150 |
| White; Black or African American | 17,703 |
| White; American Indian and Alaska Native | 20,487 |
| White; Asian | 15,037 |
| White; Native Hawaiian and Other Pacific Islander | 1,177 |
| White; Some Other Race | 17,637 |
| Black or African American; American Indian and Alaska Native | 7,937 |
| Black or African American; Asian | 4,157 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 1,259 |
| Black or African American; Some Other Race | 5,366 |
| American Indian and Alaska Native; Asian | 858 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 109 |
| American Indian and Alaska Native; Some Other Race | 1,211 |
| Asian; Native Hawaiian and Other Pacific Islander | 895 |
| Asian; Some Other Race | 3,572 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 745 |
| Population of three races: | 7,592 |
| White; Black or African American; American Indian and Alaska Native | 4,186 |
| White; Black or African American; Asian | 626 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 85 |
| White; Black or African American; Some Other Race | 462 |
| White; American Indian and Alaska Native; Asian | 334 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 41 |
| White; American Indian and Alaska Native; Some Other Race | 266 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 408 |
| White; Asian; Some Other Race | 201 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 91 |

**PLAINTIFFS' COMPLAINT EXHIBIT 2**

| | Georgia |
|---|---|
| Black or African American; American Indian and Alaska Native; Asian | 180 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 49 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 171 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 148 |
| Black or African American; Asian; Some Other Race | 145 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 84 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 18 |
| American Indian and Alaska Native; Asian; Some Other Race | 37 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 30 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 30 |
| Population of four races: | 656 |
| White; Black or African American; American Indian and Alaska Native; Asian | 285 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 23 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 140 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 16 |
| White; Black or African American; Asian; Some Other Race | 38 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 8 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 33 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 4 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 21 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 30 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 6 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 35 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 7 |
| Population of five races: | 158 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 138 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 15 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 0 |
| Population of six races: | 16 |

| | Georgia |
|---|---|
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 16 |

Source: U.S. Census Bureau, 2010 Census.