# Illustrative Plan 1
## Public Service Commission Districts
*Rose v. Raffensperger*

PLAINTIFFS'
COMPLAINT EXHIBIT

**3**



# Illustrative Plan 1
## Public Service Commission Districts
*Rose v. Raffensperger*

## Population Summary

| District | Population | Deviation | Percent Deviation | Voting-Age Population | | Black Registration |
|---|---|---|---|---|---|---|
| | | | | NH White | AP Black | |
| 1 | 1,951,301 | 13,770 | 0.71 | 34.46% | 54.15% | 53.97% |
| 2 | 1,941,115 | 3,584 | 0.18 | 81.13% | 7.9% | 7.49% |
| 3 | 1,937,272 | -259 | -0.01 | 63.64% | 24.21% | 24.64% |
| 4 | 1,924,919 | -12,612 | -0.65 | 56.94% | 28.07% | 28.36% |
| 5 | 1,933,046 | -4,485 | -0.23 | 58.86% | 34.07% | 32.82% |

Total Population: 9,687,653
Ideal District Population: 1,937,531

**Summary Statistics:**
Absolute Range: -12,612 to 13,770
Absolute Overall Range: 26382
Relative Range: 0.00% to 0.71%
Relative Overall Range: 1.36%