IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD ROSE, *et al.*

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
of the State of Georgia,

    *Defendant.*

CIVIL ACTION
CASE NO. 1:20-cv-2921-SDG

## DEFENDANT'S MOTION TO DISMISS

Defendant Brad Raffensperger, in his official capacity as Secretary of State of the State of Georgia, moves to dismiss Plaintiffs' Complaint [Doc. 1] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Defendant Raffensperger relies on his Brief in Support of Defendant's Motion to Dismiss, which is filed with this motion.

Respectfully submitted this 14th day of August, 2020.

STATE LAW DEPARTMENT

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General

1

Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Counsel for Defendant*

2

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANT'S MOTION TO DISMISS has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

<u>*/s/ Bryan P. Tyson*</u>
Bryan P. Tyson