# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD ROSE ET AL<br>  Plaintiffs,<br>    v.<br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia<br>  Defendant, | Civil Action No.<br>1:20-cv-02921-SDG |

## NOTICE SETTING ORAL ARGUMENT

Notice is hereby given that the Court has set a hearing for **Tuesday, December 8, 2020 at 10:00 a.m.** before the Honorable Steven D. Grimberg, in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 for argument on Defendant's Motion to Dismiss [ECF 22]. Argument on the pending motion will be limited to thirty (30) minutes for each side.

Due to the current public health emergency, the parties may appear in person or via remote audio and video means, at their preference. The dial-in instructions are as follows: https://ganduscourts.zoomgov.com/j/1615651162; meeting ID: 1615651162; passcode: 792859; dial in number: (646) 828-7666.

Signed this the 16th day of October 2020.

                 Steven D. Grimberg
               United States District Court Judge