IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD ROSE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia,<br><br>*Defendant*. | CIVIL ACTION<br>CASE NO. 1:20-cv-2921-SDG |

### SECRETARY OF STATE BRAD RAFFENSPERGER'S MOTION FOR SUMMARY JUDGMENT

Defendant Secretary of State Brad Raffensperger (the "Secretary") moves this Court for summary judgment in his favor pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. As shown by the attached Brief in Support of Defendant's Motion for Summary Judgment, the Exhibits attached to and filed with that Brief, and the deposition testimony filed with this Court, there are no material issues of fact in dispute and, as a matter of law, Secretary Raffensperger is entitled to summary judgment on Plaintiffs' sole claim.

WHEREFORE, Secretary Raffensperger respectfully requests that this Court enter summary judgment in his favor and cast all costs against Plaintiffs.

Respectfully submitted this 9th day of July, 2021.

**STATE LAW DEPARTMENT**

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise

        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        1600 Parkwood Circle, Suite 200
        Atlanta, GA 30339
        Telephone: (678) 336-7249

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing SECRETARY OF STATE BRAD RAFFENSPERGER'S MOTION FOR SUMMARY JUDGMENT has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Bryan P. Tyson*
Bryan P. Tyson