# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-02921-SDG
### Rose et al v. Raffensperger
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 08/03/2021.

TIME COURT COMMENCED: 3: P.M.
TIME COURT CONCLUDED: 3:42 P.M.                COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:42                            DEPUTY CLERK: KJ Jones
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Bryan Jacoutot representing Brad Raffensperger
                        Wesley Morrissette representing Brionte McCorkle
                        Wesley Morrissette representing James Major Woodall
                        Wesley Morrissette representing Richard Rose
                        Wesley Morrissette representing Wanda Mosley
                        Loree Anne Paradise representing Brad Raffensperger
                        Bryan Sells representing Brionte McCorkle
                        Bryan Sells representing James Major Woodall
                        Bryan Sells representing Richard Rose
                        Bryan Sells representing Wanda Mosley
                        Bryan Tyson representing Brad Raffensperger

PROCEEDING CATEGORY:    Telephone Conference(Motion Hearing Non-evidentiary);

| | |
|---|---|
| MINUTE TEXT: | Teleconference with the parties concerning Plaintiffs' request to take two identified depositions after the close of discovery. After taking the request and arguments of counsel under advisement, the Court DENIES WITHOUT PREJUDICE Plaintiffs' request. Plaintiffs are granted leave to renew their request after the Court rules on dispositive motions. |
| HEARING STATUS: | Hearing Concluded |

| From: | Bryan Tyson <btyson@taylorenglish.com> |
|---|---|
| Sent: | Tuesday, August 3, 2021 11:30 AM |
| To: | Alisha Holland; Bryan Sells |
| Cc: | Bryan Jacoutot; Loree Anne Paradise; Charlene McGowan; Nicolas Martinez; Wesley Morrissette |
| Subject: | RE: Rose v. Raffensperger - 20-cv-2921 - request for conference |

**CAUTION - EXTERNAL:**

Ms. Holland:

We appreciate the opportunity to respond to Plaintiffs' discovery dispute. The Secretary opposes re-opening discovery for further consideration of Mr. Johnson's appointment to the PSC because we believe (1) the Court can take judicial notice of the only relevant facts; (2) further discovery would not assist the Court in resolving the issues in this case, in part because (3) Plaintiffs did not seek to explore the appointment process from the Governor or his predecessors during discovery; and (4) re-opening discovery after summary judgment is fully briefed is not in the best interest of resolving the case.

First, the only statements made by the Secretary about Mr. Johnson's appointment are that (1) Mr. Johnson is Black and (2) was appointed to the PSC by the Governor. [Doc. 85-2, ¶ 11]. These facts are not subject to reasonable dispute because they are reasonably known in the community and can readily be determined as accurate. F.R.E. 201(b). As Plaintiffs note, these facts are relevant to their Complaint only on the grounds that they allege there has been a denial of access to the appointment process by African-American voters since 2002. [Doc. 1, ¶ 29]. While the appointment of a Black individual is a relevant fact, the facts surrounding how Mr. Johnson came to receive that appointment are not relevant and are further not known by counsel for the Secretary.

Second, deposing Mr. Johnson and the Governor's office, as Plaintiffs propose, will not assist the Court in the resolution of this case. As the Secretary has pointed out in the summary-judgment briefing, Plaintiffs chose not to sue the Governor or the members of the Public Service Commission when they brought this case. The depositions of the other members of the PSC centered on their campaigns and/or appointments and on the roles and responsibilities of the PSC itself. Deposing Mr. Johnson will not add anything to the roles and responsibilities of the PSC given his short tenure (so far). And exploring his appointment will not assist the Court in resolving the totality of the circumstances because the only relevant fact is that Mr. Johnson was appointed—and that alone demonstrates that Black Republicans at least have access to the appointment process, even if Plaintiffs continue to insist that Black Democrats do not. Also, attempting to depose the office of the Governor will also likely lead to a number of privilege-based objections that would have to be resolved by the Court given Plaintiffs' apparent desire to explore how the executive branch goes about making its decisions on executive appointments.

Third, Plaintiffs did not seek to depose the Governor's office (or the prior holders of the position of Governor) while discovery was open and Plaintiffs should not be able to re-open discovery to access an office they chose not to depose when they had the opportunity.

Finally, re-opening discovery for this issue does not address the problem that surrounds many election cases—elections keep occurring, adding new facts. And government keeps operating, with new appointments made for vacancies on a regular basis. But "discovery in this action must end at some point

1

and this case must move toward resolution." *Gaddy v. Terex Corp.*, No. 1:14-cv-1928-WSD, 2016 U.S. Dist. LEXIS 31087, at *7-8 (N.D. Ga. Mar. 10, 2016). Judge Jones had to deal with a similar issue in the *Fair Fight Action* case and he ultimately set a deadline for additional declarations describing voter experiences in elections held after 2018 so the case could move toward a resolution. Case No. 1:18-cv-05391-SCJ, Doc. No. 225. In this case, the parties have already finished briefing cross-motions for summary judgment and allowing additional discovery will not serve the interests of bringing this case to a resolution.

We appreciate the Court's consideration and look forward to speaking with everyone at 3:00 today.

Thanks,

Bryan

**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard | LinkedIn | Twitter

**Ask Me About Our TED Tenet of the Week: Embrace Diverse Perspectives.**

Click here to learn more about our TED Tenets. Click here to give feedback on how I am doing with regard to our TED Tenets.

Georgia Legal Awards Litigation Department of the Year

California | Florida | Georgia | Illinois | Michigan | New York | North Carolina | Pennsylvania | Tennessee | Texas | Washington

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Alisha Holland <Alisha_Holland@gand.uscourts.gov>
**Sent:** Monday, August 2, 2021 5:23 PM
**To:** Bryan Sells <bryan@bryansellslaw.com>; Bryan Tyson <btyson@taylorenglish.com>
**Cc:** Bryan Jacoutot <bjacoutot@taylorenglish.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Charlene McGowan <CMcGowan@law.ga.gov>; Nicolas Martinez <nicolas.martinez@bartlitbeck.com>; Wesley Morrissette <wesley.morrissette@bartlitbeck.com>
**Subject:** RE: Rose v. Raffensperger - 20-cv-2921 - request for conference

Thank you for your responses. We have scheduled the teleconference for tomorrow, August 3 at 3:00 pm. The connection instructions are below. Please submit any statement in response to the discovery dispute by noon tomorrow.

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 160 334 2832
Passcode: 480851

Thanks,

*Alisha Holland*

*Courtroom Deputy Clerk to the*
*Honorable Steven D. Grimberg*
*1767 United States Courthouse*
*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*Phone: (404) 215-1474*
*Alisha_Holland@gand.uscourts.gov*

---

**From:** Bryan Sells <bryan@bryansellslaw.com>
**Sent:** Monday, August 2, 2021 4:54 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>
**Cc:** Alisha Holland <Alisha_Holland@gand.uscourts.gov>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Charlene McGowan <CMcGowan@law.ga.gov>; Nicolas Martinez <nicolas.martinez@bartlitbeck.com>; Wesley Morrissette <wesley.morrissette@bartlitbeck.com>
**Subject:** Re: Rose v. Raffensperger - 20-cv-2921 - request for conference

**CAUTION - EXTERNAL:**

Ms. Holland:

All of the Court's suggested times work for counsel for the plaintiffs.

BRYAN

On Mon, Aug 2, 2021 at 4:37 PM Bryan Tyson <btyson@taylorenglish.com> wrote:

> Thank you, Ms. Holland. For the Defendant Secretary of State, tomorrow afternoon at 3pm or Wednesday at 10:00am work best.
>
> Thanks,
>
> Bryan
>
> **Bryan P. Tyson**
> **Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
> P: 678.336.7249 | M: 404.219.3160 | btyson@taylorenglish.com
> Website | vCard | LinkedIn | Twitter
>
> **Ask Me About Our TED Tenet of the Week: Embrace Diverse Perspectives.**

> Click here to learn more about our TED Tenets. Click here to give feedback on how I am doing with regard to our TED Tenets.

Georgia Legal Awards Litigation Department of the Year

California | Florida | Georgia | Illinois | Michigan | New York | North Carolina | Pennsylvania | Tennessee | Texas | Washington

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Alisha Holland <Alisha_Holland@gand.uscourts.gov>
**Sent:** Monday, August 2, 2021 4:35 PM
**To:** Bryan Sells <bryan@bryansellslaw.com>; Bryan Tyson <btyson@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Charlene McGowan <CMcGowan@law.ga.gov>; Nicolas Martinez <nicolas.martinez@bartlitbeck.com>; Wesley Morrissette <wesley.morrissette@bartlitbeck.com>
**Subject:** RE: Rose v. Raffensperger - 20-cv-2921 - request for conference

Good Afternoon,

Please let me know if the parties are available on any of the below date and times for a discovery dispute teleconference. Defendant will have an opportunity to respond to Plaintiff's statement by close of business one day prior to the scheduled teleconference or by noon tomorrow if the parties would like to have the conference tomorrow afternoon.

August 3 at 3:00 pm

August 4 at 10:00 am or 2:00 pm

August 6 at 10:00 am

Thanks,

*Alisha Holland*

*Courtroom Deputy Clerk to the*

*Honorable Steven D. Grimberg*

*1767 United States Courthouse*

*75 Ted Turner Drive, S.W.*

*Atlanta, GA 30303*

*Phone: (404) 215-1474*

*Alisha_Holland@gand.uscourts.gov*

---

From: Bryan Sells <bryan@bryansellslaw.com>
Sent: Monday, August 2, 2021 3:03 PM
To: Alisha Holland <Alisha_Holland@gand.uscourts.gov>
Cc: Bryan Tyson <btyson@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Charlene McGowan <CMcGowan@law.ga.gov>; Nicolas Martinez <nicolas.martinez@bartlitbeck.com>; Wesley Morrissette <wesley.morrissette@bartlitbeck.com>
Subject: Rose v. Raffensperger - 20-cv-2921 - request for conference

**CAUTION - EXTERNAL:**

Ms. Holland:

In accordance with Judge Grimberg's standing order, I am writing on behalf of the plaintiffs to request a conference with the judge for the purpose of attempting to resolve a discovery dispute.

The dispute centers on Fitz Johnson, who was appointed by Governor Kemp to fill a vacancy on Georgia's Public Service Commission on July 21, 2021. Our complaint alleges that African-Americans have been excluded from the appointments process (ECF 1 ¶ 29), and the Secretary identified Johnson's appointment as a material fact (ECF 85-2 ¶ 11).

Because the appointment happened after the close of discovery, we have not had an opportunity to depose Mr. Johnson. We would like to depose him and a representative of the Governor's office about the appointment. We think that the depositions would be very short (perhaps as little as an hour) and could be conducted by videoconference.

We conferred with counsel for the Secretary, who indicated that the Secretary will oppose our effort to conduct these depositions, which we believe require court approval because they would come after the close of discovery. Their position, as I understand it, is that the Court can take judicial notice of the appointment and that the appointment process is not relevant. We disagree, of course, because of the allegation concerning appointments in our complaint, which relates to the fourth Senate Factor.

We would appreciate a conference with the Court at Judge Grimberg's convenience to resolve this matter in an efficient and expeditious matter.

BRYAN

--

The Law Office of Bryan L. Sells, LLC

Post Office Box 5493

Atlanta, Georgia 31107-0493

(404) 480-4212 (voice/fax)

bryan@bryansellslaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.