IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Richard Rose**, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>　　Defendant. | Case No. 1:20-cv-2921-SDG<br><br>**Order** |

Upon consideration of the plaintiffs' motion for leave to bring electronic equipment into the courthouse, and for good cause shown, the Court orders that the following attorneys or witnesses for the plaintiffs may bring the specified electronic equipment into the courthouse for use during the hearing on plaintiffs' preliminary injunction motion, which is scheduled for 11:00 a.m. on Friday, February 25, 2022, in Courtroom 1707:

(1) Nicolas L. Martinez: cell phone with camera and laptop computer; and

(2) Wesley A. Morrissette: cell phone with camera and laptop computer.

Signed this 14th day of February, 2022.

_____
Steven D. Grimberg
United States District Judge