# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| RICHARD ROSE et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-02921-SDG |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, | |
| Defendant. | |

## PLAINTIFFS' SECOND MOTION FOR JUDICIAL NOTICE

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiffs

Brionté McCorkle, Wanda Mosley, Richard Rose and James "Major" Woodall,

through their attorneys, respectfully ask the Court to take judicial notice of the

following facts based on data produced by the Census Bureau and the Secretary of

State's office. *See Hollinger v. Home State Mut. Ins. Co.*, 654 F.3d 564, 571-72

(5th Cir. 2011) (per curiam) ("United States census data is an appropriate and

frequent subject of judicial notice."); *Benavidez v. City of Irving*, 638 F. Supp. 2d

709, 721 (N.D. Tex. 2009) (taking judicial notice of an American Community

Survey ("ACS") publication and observing "that the Census Bureau considers ACS

data reliable and intends for it to be relied upon in decisions such as Voting Rights

Act compliance"); *see also United States v. Phillips*, 287 F.3d 1053, 1055 n.1 (11th Cir. 2002) (taking judicial notice of census data); *Hollis v. Davis*, 941 F.2d 1471, 1474 (11th Cir. 1991) (same); *Moore v. Comfed Sav. Bank*, 908 F.2d 834, 841 n.4 (11th Cir. 1990) (same); *Wilson v. Ill. Cent. R.R. Co.*, No. 09-cv-7392, 2012 WL 135446, at *3 (N.D. Ill. Jan. 12, 2012) (taking judicial notice of ACS data and collecting cases). The Eleventh Circuit has upheld decisions that have taken judicial notice of census data in vote dilution challenges under Section 2 of the Voting Rights Act. *See Negrón v. City of Miami Beach*, 113 F.3d 1563, 1565, 1570 (11th Cir. 1997). This Court previously took judicial notice of other census data. (ECF 97 at 37.)

The facts below are intended to update those alleged in paragraphs 14, 15 and 17 of the complaint based on the latest available data. All data supporting these facts are attached.

Plaintiffs ask the Court to take judicial notice of the following:

1. According to the 2020 Census, the State of Georgia has a total population of 10,711,908 persons, of whom 5,362,156 (50.1%) are non-Hispanic White alone, 3,538,146 (33.0%) are Black alone or in combination with some other race, and 1,811,606 (16.9%) are

members of other racial groups. Ex. 1 at 3-8, 11-17 (Tables P1 and

P2).

2.  According to the 2020 Census, the State of Georgia has a voting-age

    population of 8,220,274 persons, of whom 4,342,333 (52.8%) are

    non-Hispanic White alone, 2,607,986 (31.7%) are Black alone or in

    combination with some other race, and 1,269,955 (15.4%) are

    members of other racial groups. Ex. 1 at 20-25, 28-34 (Tables P3 and

    P4.).

3.  According to data from the Secretary of State, Georgia had a total of

    7,004,034 active voters as of December 2021. Of those, 3,716,904

    (53.1%) self-identified as non-Hispanic White, 2,058,705 (29.4%)

    self-identified as non-Hispanic Black, 260,631 (3.7%) self-identified

    as Hispanic, 189,814 (2.7%) self-identified as Asian or Pacific

    Islander, and 777,980 (11.1%) are identified as a member of another

    or unknown racial group. Ex 2 (Active Voters by Race).

Dated: June1, 2022                                  **THE LAW OFFICE OF BRYAN L. SELLS, LLC**

/s/ *Bryan L. Sells*
Bryan L. Sells (GA #635562)
P.O. Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
bryan@bryansellslaw.com

**BARTLIT BECK LLP**
Nicolas L. Martinez (*pro hac vice*)
Wesley A. Morrissette (*pro hac vice*)
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400
nicolas.martinez@bartlitbeck.com
wesley.morrissette@bartlitbeck.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), NDGa, the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Court in LR 5.1(B), NDGa.

/s/ Bryan L. Sells
Bryan L. Sells