IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD ROSE, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia,<br><br>*Defendant.* | CIVIL ACTION<br>CASE NO. 1:20-cv-2921-SDG |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1291 and 1292, Defendant Secretary of State Brad Raffensperger hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit in the above-captioned case from the Court's Order and Opinion after trial entered on August 5, 2022 [Doc. 151], the Court's Opinion and Order granting in part and denying in part motions for summary judgment [Doc. 97], and the Opinion and Order denying Defendant's Motion to Dismiss [Doc. 36].

Respectfully submitted this 8th day of August, 2022.

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb

1

        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        State Law Department
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Diane F. LaRoss
        Georgia Bar No. 430830
        dlaross@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, GA 30339
        Telephone: 678-336-7249

        *Counsel for Defendant Secretary of State Brad Raffensperger*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF APPEAL has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson