# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

August 8, 2022

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

       **U.S.D.C. No.:** 1:20-cv-2921-SDG
       **U.S.C.A. No.:** 00-00000-00
       **In re:**    Richard Rose et al v. Brad Raffensperger

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporter is Alicia B. Bagley.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 8/8/22. (Receipt# AGANDC-11980417)** |
| | Appellant has been GRA leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Steven D. Grimberg.** |
| | This is a **DEATH PENALTY** appeal. |

                                    Sincerely,

                                    Kevin P. Weimer
                                    District Court Executive
                                    and Clerk of Court

                          By:   /s/P. McClam
                                    Deputy Clerk