IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD ROSE, BRIONTÉ MCCORKLE, WANDA MOSLEY, and JAMES WOODALL,<br><br>    Plaintiffs,<br><br>                    v.<br><br>BRAD RAFFENSPERGER, *in his official capacity as Secretary of State of the State of Georgia*,<br><br>    Defendant. | Civil Action No.<br>1:20-cv-02921-SDG |

## **JUDGMENT**

This action came before the court for a bench trial. The issues have been tried and a verdict has been rendered in favor of Plaintiffs Richard Rose, Brionté McCorkle, Wanda Mosley, and James Woodall against Defendant Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia.

It is Ordered and Adjudged that judgment is hereby entered in favor of Plaintiffs against Defendant.

**SO ORDERED** this 8th day of August, 2022.

Steven D. Grimberg
United States District Court Judge