IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12593-J

_____

RICHARD ROSE,
an individual,
BRIONTE MCCORKLE,
an individual,
WANDA MOSLEY,
an individual,
JAMES MAJOR WOODALL,

                                                                                   Plaintiffs-Appellees,

versus

SECRETARY, STATE OF GEORGIA,

                                                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

BY THE COURT:

     In light of the Supreme Court's order vacating our August 12, 2022 stay, the Secretary is ordered to file a supplemental brief addressing whether a stay pending appeal is appropriate under the traditional stay factors in *Nken v. Holder*, 556 U.S. 418 (2009). The Secretary's supplemental brief must be filed no later than noon on Monday, August 22, 2022. The plaintiffs' response must be filed no later than noon on Tuesday, August 23, 2022. There will be no reply. The supplemental brief and response must be no longer than fifteen, double-spaced pages.