IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Richard Rose**, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>     Defendant. | Case No. 1:20-cv-2921-SDG<br><br>**Plaintiffs' Unopposed Motion for an Extension** |

The plaintiffs respectfully move the Court for an extension of time to file their motion for attorneys' fees and expenses. This Court previously directed the plaintiffs to file their motion within 30 days of the court's August 5 order and opinion on the merits. (ECF 151.) Since then, the Secretary has appealed, and the Eleventh Circuit has expedited that appeal. (ECF 161.) The amount of attorneys' fees and expenses is thus a moving target, and the interest of judicial economy would be best served by deferring the issue of attorneys' fees until after the appeal is resolved. Accordingly, the plaintiffs request an extension

until 30 days after the Court receives the Eleventh Circuit's mandate in the Secretary's appeal.

Counsel for the plaintiffs have conferred with counsel for the Secretary and can confirm that this motion is unopposed.

Respectfully submitted this 22nd day of August, 2022.

**/s/ *Bryan L. Sells***
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

**Nicolas L. Martinez** (*pro hac vice*)
**Wesley A. Morrissette** (*pro hac vice*)
Bartlit Beck LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Email: Nicolas.Martinez@bartlitbeck.com
Email: Wesley.Morrissette@bartlitbeck.com

*Attorneys for the Plaintiffs*

**Certificate of Compliance**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

<u>*/s/ Bryan L. Sells*</u>

Bryan L. Sells