IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Richard Rose**, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>Defendant. | Case No. 1:20-cv-2921-SDG |

### Order

Upon consideration of the plaintiffs' unopposed motion for an extension (ECF _163_), and for good cause shown, it is **ORDERED** that the motion is granted. The plaintiffs shall have until 30 days after the Court receives the Eleventh Circuit's mandate in the Secretary's appeal to file a motion for attorneys' fees and expenses.

**SO ORDERED** this 23rd day of August, 2022.

_____
Steven D. Grimberg
United States District Judge