**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RICHARD ROSE ET AL.,
               Plaintiff,

vs.

BRAD RAFFENSPERGER,
               Defendant.

CIVIL ACTION FILE

NO.  1:20-cv-02921-SDG

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 22nd day of July, 2024.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE