IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Richard Rose**, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia,<br><br>    Defendant. | Case No. 1:20-cv-2921-SDG<br><br>**Plaintiffs' Unopposed Motion for Miscellaneous Relief** |

The plaintiffs respectfully move the Court for leave to file a single, consolidated reply (not to exceed 25 pages) to the defendant's responses to the plaintiffs' two outstanding motions: (1) the plaintiffs' motion for leave to amend (ECF 189); and (2) the plaintiffs' motion for relief under Rules 59 and 60 (ECF 195). The defendant's response to the latter motion is due August 15, and the consolidated reply would be due within 14 days after the defendant file his response.

The plaintiffs anticipate that there may be some overlap in the arguments on the two outstanding motions, and a consolidated reply would therefore serve the interest of judicial economy. Counsel for the

plaintiffs have conferred with counsel for the defendant and can represent that the defendant does not oppose this motion.

Respectfully submitted this 6th day of August, 2024.

*/s/ Bryan L. Sells*
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

**Nicolas L. Martinez** (*pro hac vice*)
**Katerina Kokkas** (*pro hac vice*)
Bartlit Beck LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Email: Nicolas.Martinez@bartlitbeck.com
Email: katerina.kokkas@bartlitbeck.com

*Attorneys for the Plaintiffs*

**Certificate of Compliance**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan L. Sells*

Bryan L. Sells
