**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RICHARD ROSE, et al.,

                        Plaintiffs,

vs.

BRAD RAFFENSPERGER,

                        Defendant.

CIVIL ACTION FILE

NO. 1:20-cv-02921-SDG

**J U D G M E N T**

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 7th day of March, 2025.

                        KEVIN P. WEIMER
                        CLERK OF COURT

          By:   s/ T. Schoolcraft
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 7, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ T. Schoolcraft
      Deputy Clerk