IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Richard Rose**, et al., | |
| Plaintiffs, | Case No. 1:20-cv-2921-SDG |
| vs. | |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, | **Plaintiffs' Notice of Appeal** |
| Defendant. | |

Notice is hereby given that the plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit from the district court's order (ECF 204) and judgment (ECF 205) entered on March 7, 2025.

Respectfully submitted this 7th day of April, 2025.

**/s/ *Nicolas L. Martinez***

**Nicolas L. Martinez** (*pro hac vice*)
**Katerina Kokkas** (*pro hac vice*)
Bartlit Beck LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Email: Nicolas.Martinez@bartlitbeck.com
Email: Katerina.Kokkas@bartlitbeck.com

Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

*Attorneys for the Plaintiffs*

## Certificate of Compliance

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Nicolas L. Martinez*
Nicolas L. Martinez