# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 09, 2025

Bryan L. Sells
Law Office of Bryan L. Sells, LLC
PO BOX 5493
ATLANTA, GA 31107-0493

Appeal Number: 25-11233-EE
Case Style: Richard Rose, et al v. Secretary of State of the State of Georgia
District Court Docket No: 1:20-cv-02921-SDG

The enclosed order has been ENTERED.

Appellee's brief is due 30 days from the date of the enclosed order.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:            404-335-6122
Case Administration:     404-335-6135     Capital Cases:                  404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:    404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11233

_____

RICHARD ROSE,
an individual,
BRIONTE MCCORKLE,
an individual,
WANDA MOSLEY,
an individual,
JAMES MAJOR WOODALL,

                                                   Plaintiffs-Appellants,

*versus*

SECRETARY OF STATE OF THE STATE OF GEORGIA,

                                                   Defendant-Appellee.

_____

2  Order of the Court  25-11233

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-02921-SDG

_____

Before ROSENBAUM, LAGOA, and KIDD, Circuit Judges.

BY THE COURT:

The appellants' motion for summary reversal of the district court's order denying their motion for leave to amend their complaint is DENIED. The appellees have 30 days from the entry of this order to file a response brief.